# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                              **Case No.** 14–80441–JAC13

Billy F Hinton                                                          **Chapter** 13

**SSN:** xxx–xx–4802

Shirley Ann Hinton

**SSN:** xxx–xx–7617

      **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*27* – Motion to Sell Property Free and Clear of Liens under Section 363(f) . Fee Amount $176 Filed by Debtor Billy F Hinton, Joint Debtor Shirley Ann Hinton (Brannon, Barry)

**Date: Tuesday, June 10, 2014**                    **Time: 09:00 AM**

**Location: US Post Office & Courthouse, 210 N Seminary St, 2nd Floor, Florence, AL 35630**

      Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: May 7, 2014                                        By:

                                   Scott W. Ford, Clerk

                                   United States Bankruptcy Court

scm